1  WILLIAM M. KUNTZ  # 153052
   Attorney at Law
2  4780 Arlington Avenue
   Riverside, CA 92504
3  (951) 343-3400
   Fax (951) 343-4004
4  E-Mail: KuntzSSlaw @sbcglobal.net
   Attorney for Plaintiff
5

6

7

8              UNITED STATES DISTRICT COURT
         FOR THE CENTRAL DISTRICT OF CALIFORNIA
9                    EASTERN DIVISION

10

11  SHARON L. BAKER,              )   Case No.: **EDCV 09-01885 JC**
                                  )
12             Plaintiff,         )   [PROPOSED] ORDER AWARDING
                                  )   EAJA FEES
13        v.                      )
                                  )
14  MICHAEL J. ASTRUE,            )
    Commissioner of Social Security, )
15                                )
               Defendant.         )
16  _____)

17

18     Based upon the parties' Stipulation for Award and Payment of Equal Access

19  to Justice Act (EAJA) Fees ("Stipulation"),

20     **IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the

21  Equal Access to Justice Act, ("EAJA") in the amount of ONE THOUSAND NINE

22  HUNDRED NINETY-NINE DOLLARS and no/cents ($1,999.00), as authorized

23  by  28 U.S.C. § 2412 (d), and subject to the terms and conditions of the

24  Stipulation.

25     DATED:    February 1, 2011

26
                                   _____/s/_____
27                                 HONORABLE JACQUELINE CHOOLJIAN
                                   UNITED STATES MAGISTRATE JUDGE
28

                                1